# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SAMUEL BROWN,<br><br>        Defendant. | MBD Case No. 15-91039 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

INDIRA TALWANI, J.

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties are engaged in active discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Brown*, 15-mj-02019-MBB), and the requested continuance of the time in which an indictment must be filed will permit defense counsel to adequately confer in person with the defendant and allow the parties time for further discussion before the government is required to seek an indictment.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from May 5, 2015, through and including May 21, 2015, from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date by which an indictment must be filed is continued to May 21, 2015; and (2) the period from May 5, 2015, through and including May 21, 2015, is excluded from the speedy trial clock and from the time within which an indictment must be filed.

/s/ Indira Talwani
INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

Dated: 4/27/15